UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KARA HOLMES,

    Plaintiff,                                     Case No. 3:21-cv-94

vs.

MIAMI VALLEY HOSPITAL,             District Judge Michael J. Newman

    Defendant.

**ORDER (1) GRANTING THE PARTIES' MOTION TO CONTINUE THE PRELIMINARY PRETRIAL SCHEDULING CONFERENCE AND (2) RESETTING PRELIMINARY PRETRIAL SCHEDULING CONFERENCE FOR MAY 24, 2021 AT 3:30 P.M.**

This civil case is before the Court on the parties' joint motion to continue the preliminary pretrial scheduling conference. Doc. No. 7. The Court **GRANTS** the parties' motion and resets the preliminary pretrial scheduling conference as follows.

Pursuant to Federal Rule of Civil Procedure 16, this case is set for a preliminary pretrial scheduling conference before Judge Michael J. Newman on **May 24, 2021** at **3:30 pm**. The trial attorney for each party is required to appear and participate in the preliminary pretrial scheduling conference with the Court. To participate, the attorneys for the parties shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.

Prior to the preliminary pretrial scheduling conference, the parties are **ORDERED** to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) report shall be filed with the Court on or before **May 17, 2021**. Unless otherwise agreed to by the parties in their Rule 26(f) Report, initial disclosures must be made as

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at **http://www.ohsd.uscourts.gov/ohio-southern-district-forms**.

required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case and should not be filed with the Court unless filed in support of a motion.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant Rule 16(f) and Rule 37(b)(2)(A).

**IT IS SO ORDERED.**


Date:   April 16, 2021                                            s/Michael J. Newman
                                                                                     Hon. Michael J. Newman
                                                                                     United States District Judge