# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KARA HOLMES, | : | Case No. 3:21-cv-94 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Sharon L. Ovington |
| PREMIER HEALTH, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Modify the Preliminary Pretrial Conference Order. For good cause shown, the Joint Motion (Doc. No. 13) is hereby **GRANTED**. The Preliminary Pretrial Conference Order (Doc. No. 12) shall be **VACATED,** and the parties are **ORDERED** to submit a report as required by Fed. R. Civ. P. 26(f) no later than December 30, 2021. An amended scheduling order will be issued following the Status Conference set for January 19, 2022 at 2:00 pm.

**IT IS SO ORDERED**.

December 9, 2021                                            *s/Sharon L. Ovington*
                                                                              Sharon L. Ovington
                                                                              United States Magistrate Judge